1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARVIN GLENN HOLLIS,

11              Plaintiff,                    No. CIV S-08-2674 GGH P

12        vs.

13   PHILLIP SLOAN, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has requested an extension of time to file an amended complaint pursuant

17   to the court's order of January 21, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Plaintiff's February 17, 2009 request for an extension of time (Docket No. 10)

19   is granted; and

20              2.  Plaintiff is granted thirty days from the date of this order in which to file an

21   amended complaint.

22   DATED: February 24, 2009

23

24                                           /s/ Gregory G. Hollows
                                          _____
25                                           GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
26   GGH:kly
     holl2374.36