IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                  No. CIV S-08-2674 GGH P

    vs.

PHILLIP SLOAN, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 13, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 22, 2009, plaintiff submitted the USM-285 forms but failed to file six of the eight copies of the March 20, 2009, amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on March 20, 2009; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the six copies required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: May 12, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
holl2674.8f