IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    vs.                                       No. CIV-S-08-2674 GGH P

PHILLIP SLOAN, et al.,                      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 17, 2009, plaintiff's motion to appoint counsel was denied. Plaintiff filed two motions for the district judge to reconsider the undersigned's denial of the motion to appoint counsel, on June 26, 2009, and July 13, 2009. However, no district judge has been assigned to this case as plaintiff has not consented or declined to the jurisdiction of a magistrate judge.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case.

DATED: August 17, 2009

                                                  /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

ggh: ab
holl2674.asgn

1