IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    vs.                                                                  2:08-cv-2674-GEB-GGH-P

PHILLIP SLOAN, et al.,                                               ORDER

_____/

        On June 17, 2009, the Magistrate Judge issued an order denying appointment of counsel.  On June 26, 2009, and July 13, 2009, plaintiff filed motions for reconsideration of that order.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 17, 2009, is affirmed.

Dated:  August 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1