IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    vs.                                                            No. CIV-S-08-2674 GGH P

PHILLIP SLOAN, et al.,                           <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On August 24, 2009, defendants filed a motion (Doc. 30) for an extension of time to file their initial responsive pleading, to which plaintiff filed an opposition. On August 31, 2009, plaintiff filed a motion for default (Doc. 32) as defendants had not filed responsive pleadings.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants motion for an extension (Doc. 30) is granted in part, and defendants have an additional thirty days, to and including September 23, 2009, to file their initial responsive pleading.

        2. Plaintiff's motion for default (Doc. 32) is denied.

DATED: September 15, 2009

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

ggh: ab - holl2674.dflt