IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    vs.                                                                    2:08-cv-2674-GEB-GGH-P

PHILLIP SLOAN, et al.,                                             <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  On August 21, 2009, the undersigned, upon reconsideration, affirmed the Magistrate Judge's order denying appointment of counsel.  Before the Court now is plaintiff's August 31, 2009, motion for reconsideration (Doc. 33) of the Court's August 21, 2009, order affirming the Magistrate Judge.

    IT IS HEREBY ORDERED that, upon reconsideration, this court's order of August 21, 2009, is affirmed.

Dated:  September 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1