IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,

     v.

PHILLIP SLOAN; E. JENESKY; MURRAY; J. CUMMINGS; D. DENNIS; M. BORETZ; N. ACQUAVIVA,

        Defendants.

2:08-cv-02674-GEB-GGH-P

<u>ORDER</u>

Plaintiff's motion for reconsideration, filed on August 31, 2009, is denied.

Dated: September 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge