IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                    No. 2:08-cv-2674 GEB KJN P

    vs.                            ORDER and

PHILLIP SLOAN, et al.,         AMENDED DISCOVERY AND

    Defendants.             SCHEDULING ORDER

_____/

        Defendants move to reopen discovery and to extend the deadline for filing dispositive motions, following this court's order denying defendants' motion to declare plaintiff a vexatious litigant. Although the time has not yet expired for plaintiff to file an opposition to defendants' motion, plaintiff separately requests that the court set a mediation or settlement conference. Pursuant to the court's discretion to manage its own docket, and for good cause shown,[1] Fed. R. Civ. P. 1, 16(b)(4), the court denies without prejudice plaintiff's request, and

---

[1] The court need not reach defendants' contention that this litigation was automatically stayed pending the court's decision on defendants' motion to declare plaintiff a vexatious litigant. The court is not necessarily persuaded by defendants' assertion that, "California's vexatious litigant statute, California Code of Civil Procedure section 391.6 . . . has been adopted by this Court in Local Rule 151(b)" (Dkt. No. 65 at 3); rather, Local Rule 151(b) expressly adopts, as a procedural rule, only those provisions of the California vexatious litigant statute that authorize the court to "order the giving of a security, bond, or undertaking . . . ." Local Rule

1

modifies the scheduling order filed October 18, 2010 (Dkt. No. 56), as set forth below.

           For good cause shown, IT IS HEREBY ORDERED that:

           1. Plaintiff's motion (Dkt. No. 66) to set a mediation or settlement conference is denied without prejudice; the request may be renewed after the court's decision on any dispositive motion or, if no dispositive motion is filed, the deadline for filing such motion.

           2. Defendants' motion (Dkt. No. 65) to extend deadlines is granted; subject to the requirements set forth in the court's original Discovery and Scheduling Order filed October 18, 2010 (Dkt. No. 56), the parties shall abide by the following amended deadlines:

           a.     The parties may conduct discovery until Friday, March 2, 2012. Any motions necessary to compel discovery shall be filed by that date.

           b.     All pretrial motions, except motions to compel discovery, shall be filed on or before Friday, May 4, 2012.

           3. The Clerk of Court is directed to send plaintiff, together with service of this order, a copy of the court's original Discovery and Scheduling Order filed October 18, 2010 (Dkt. No. 56).

           SO ORDERED.

DATED: December 2, 2011

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

holl2674.ext.dates

---

151(b). The court notes, however, that at least one other magistrate judge within this district has found that "[t]he filing of the [vexatious litigant] motion acted to stay [federal] proceedings. . . ." El-Shaddai v. Wheeler, 2011 WL 1332044, *1 (E.D. Cal. 2011).