IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                         No. 2:08-cv-2674 GEB KJN P

    vs.

PHILLIP SLOAN, et al.,

    Defendants.                  ORDER

_____/

        For the reasons set forth in this court's order filed December 5, 2011 (Dkt. No. 67), plaintiff's motion to strike (Dkt. No. 69) is HEREBY DENIED. While it appears that plaintiff filed this motion prior to receiving the court's order, he also filed a separate document entitled "Notice of Additional Authority," and had previously filed an opposition to defendants' motion. Given the history in this case, plaintiff is reminded that he should not file excessive or duplicative papers, subject to a sanction restricting plaintiff's access to the court. See e.g. DeLong v. Hennessey, 912 F.2d 1144 (9th Cir. 1990).

        SO ORDERED.

DATED: December 12, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

holl2674.misc