IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                     No. 2:08-cv-2674 GEB KJN P

    vs.

PHILLIP SLOAN, et al.,

      Defendants.            ORDER

_____/

       Defense counsel, on behalf of defendant Dennis, seeks an extension of time within which to respond to plaintiff's discovery requests. Defense counsel states that Dennis has become medically incapacitated, and is unable to communicate with counsel. Counsel seeks time to assess Dennis' long-term status, and therefore requests a protective order to stay discovery, as to Dennis, for a period of ninety days. (Dkt. No. 81.)

       For good cause shown, IT IS HEREBY ORDERED that defendant Dennis is excluded from participating in discovery in this action for a period of ninety days, subject to further order of this court. Defense counsel shall inform the court in writing, within ninety days after the filing date of this order, of defendant Dennis' health status. Counsel may earlier inform

////

////

the court of Dennis' status if pertinent information becomes available.  Plaintiff shall not propound further discovery requests on defendant Dennis, and shall not request responses to outstanding requests, until further order of this court.

SO ORDERED.

DATED:  March 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl2674.eot.dns.