IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                    No. 2:08-cv-2674 GEB KJN P

   vs.

PHILLIP SLOAN, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On March 22, 2012, plaintiff filed a motion for summary judgment, together with a request that the motion be deemed filed on the date plaintiff submitted it to prison officials for mailing, viz., January 9, 2012. Due to an alleged error in the Litigation Office at plaintiff's place of incarceration, California State Prison - Sacramento ("CSP-SAC"), the filing of plaintiff's motion was delayed. However, meanwhile, on March 21, 2012, this court extended the discovery deadline in this action to June 11, 2012, and vacated the dispositive motion deadline until further order of the court. The principal reason for extending these matters was to permit defendants adequate opportunity to depose plaintiff and to obtain related discovery, prior to filing a dispositive motion. Plaintiff submitted his motion for summary judgment to the court prior to receiving a copy of the court's recent order.

        In response to plaintiff's motion, defendants move for an extension of time within

which to file an opposition, and inform the court that plaintiff's renewed deposition is now scheduled for April 20, 2012.

Because discovery is still proceeding in this action, plaintiff's motion must be denied without prejudice to its timely renewal, after the close of discovery and before expiration of the dispositive motion deadline, which the court now sets.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for filing dispositive motions in this action is hereby extended to Friday, September 14, 2012; the deadline for discovery shall remain Monday, June 11, 2012.[1]

2. Plaintiff's motion for summary judgment filed March 22, 2012 (Dkt. No. 90), is denied without prejudice; plaintiff may renew the motion[2] after the close of discovery.

3. Plaintiff's motion to deem the filing date of his motion for summary judgment as the date he submitted the motion to prison officials (Dkt. No. 91), is denied as moot.

4. Defendant's motion for an extension of time to oppose plaintiff's motion for summary judgment (Dkt. No. 92), is denied as moot.

SO ORDERED.

DATED: April 12, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl2674.eot.etc.

---

[1] June 11, 2012 remains the end of the ninety-day period for staying discovery as to defendant Dennis, and for defendants to inform the court of Mr. Dennis' health status. (See Dkt. No. 85.) If additional time for discovery is required, the court will reconsider the current deadlines.

[2] Due to the length of plaintiff's current motion (179 pages), he may request that it be incorporated with a renewed motion for summary judgment. To do so, plaintiff must timely file a "Notice of Motion," wherein he requests such incorporation, and cites to this order. Alternatively, plaintiff may file a new, wholly self-contained, dispositive motion.