IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARVIN GLENN HOLLIS,** | Case No. 2:08-CV-02674 GEB KJN P |
| Plaintiff, | |
| v. | |
| **PHILLIP SLOAN, et al.,** | [~~PROPOSED~~] ORDER |
| Defendants. | |

    Defense Counsel has filed a request to seal the December 9, 2012, declaration of Defendant Dennis's treating physician, Dr. S. K. Uppal, M.D.  Good cause appearing,

    IT IS ORDERED that the Clerk of Court is directed to file under seal the December 9, 2012, declaration of Dr. S. K. Uppal, M.D.

    IT IS SO ORDERED.

**Date: 12/13/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE