IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,             No. 2:08-cv-2674 GEB KJN P

    vs.

PHILLIP SLOAN, et al.,

    Defendants.        ORDER
_____/

        On January 10, 2013, counsel for defendants filed a Notice of Settlement in this action. (Dkt. No. 132.) Defendants request a period of 180 days to perform their obligations under the settlement agreement, and to file the parties' stipulation for dismissal.

        Accordingly, IT IS HEREBY ORDERED that:

        1. All pending dates in this action are vacated;

        2. The order appointing counsel for plaintiff (Dkt. No. 125), is stayed; and

        3. The parties shall file their dispositional documents and/or a stipulated request for dismissal of this action, within 180 days after the filing date of this order.

        SO ORDERED.

DATED: January 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl2674.ntc.sett.