IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                    No. 2:08-cv-2674 GEB KJN P

   vs.

PHILLIP SLOAN, et al.,

      Defendants.              ORDER

_____/

      On January 10, 2013, counsel for defendants filed a Notice of Settlement in this action. Pursuant to the Notice, defendants informed the court that plaintiff had "signed a stipulation for voluntary dismissal with prejudice of the entire action, which Defendants may file when they perform their obligations under the agreement." (Dkt. No. 132 at 1-2.) Defendants' obligations were to include providing plaintiff, within 180 days, a television set and a sum of money . Defendants requested that this case "remain open until Defendants file the stipulation for voluntary dismissal." (Id. at 2.)

      On February 21, 2013, plaintiff filed a request that this action be voluntarily dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("stipulation of dismissal signed by all parties who have appeared"). Attached to plaintiff's request is a formal "Stipulation for Voluntary Dismissal with Prejudice," prepared for all parties,

1

1  but signed only by plaintiff.  (Dkt. No. 136 at 2.)

2          Defendants have not responded to plaintiff's request.

3          Accordingly, defendants are hereby directed to file and serve, within fourteen (14) days after the filing date of this order, a statement informing the court whether defendants have any objections, or further conditions precedent, to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as requested by plaintiff.  If defendants have no objection to the dismissal of this action at this time, they shall also file a copy of the prepared "Stipulation for Voluntary Dismissal with Prejudice," bearing the signature of defendants' counsel and date of signature.

        SO ORDERED.

DATED:  March 7, 2013

        _____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE

holl2674.vol.dism.ntc.