IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                              No. 2:08-cv-2674 TLN KJN P

    vs.

PHILLIP SLOAN, et al.,

    Defendants.                        ORDER

_____/

        The parties inform the court that the judgment lien in this case has been satisfied, and stipulate to the voluntary dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Accordingly, this action is dismissed, and the Clerk of Court is directed to close this case.

        SO ORDERED.

DATED: July 5, 2013

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

holl2674.vol.dism.stip.